648 A.2d 755

**Michael TWIGGS, Appellant,**

v.

**Donald T. VAUGHN, Joseph D. Lehman, Pennsylvania Bureau of Corrections, Appellees.**

Supreme Court of Pennsylvania.

Submitted April 5, 1994.

Decided Sept. 29, 1994.

Michael Twiggs, pro se.

Clifford D. Swift, Asst. Counsel, Dept. of Corrections, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM.

Order affirmed.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R 1801, due to the unavailability of Larsen, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.